IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID C. ALVERSON**                                                    **PETITIONER**
**ADC #113341**

v.                          **CASE NO. 4:24-CV-00725-BSM**

**DEXTER PAYNE**                                                           **RESPONDENT**

## ORDER

After de novo review of the record, United States Magistrate Judge Jerome T. Kearney's findings and recommendation [Doc. No. 17] is adopted and David Alverson's petition [Doc. No. 2] is denied and dismissed with prejudice because of procedural default. No certificate of appealability shall issue. *See* 28 U.S.C. § 2253(c)(2). Alverson's motion for a status report [Doc. No. 16] is denied.

IT IS SO ORDERED this 17th day of October, 2025.

UNITED STATES DISTRICT JUDGE