IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID C. ALVERSON**  **PETITIONER**
ADC #113341

v.  CASE NO. 4:24-CV-00725-BSM

**DEXTER PAYNE**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE